UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

Allen Mead Ferguson  Case No. 11-32141-DOT
Mary Rutherford M. Ferguson,  Chapter 11

       Debtors

APPOINTMENT OF UNSECURED CREDITORS COMMITTEE

Pursuant to 11 U.S.C. §1102, the following creditors are hereby appointed by the United States Trustee to serve on the Official Committee of Unsecured Creditors of, Allen Mead Ferguson and Mary Rutherford M. Ferguson:

| | |
|---|---|
| Charles T. Nuttle<br>EVB<br>9720 Atlee Commons Dr<br>Ashland, VA 23005<br>(804) 363-0720<br>charles.nuttle@bankevb.com | L.H.Ginn, III<br>9 Glebe Close<br>Richmond, VA 23227-3334<br>(804) 266-2861<br>mglhg3@verizon.net |
| James B. Crawford<br>1461 Floyd Ave<br>Richmond, VA 23220<br>(804) 363-3420<br>jcrawford@evanenergy.com | J.F. Williams, III<br>3328 W. Franklin St<br>Richmond, VA 23221<br>(804) 355-7371<br>jeff.williams@harrison-bates.com |
| Hilary P. Blanchard, SV.P.<br>Union First Market Bank<br>111 Virginia Street, Suite 200<br>Richmond, VA 23219<br>(804) 327-5741<br>hilary.blanchard@bankatunion.com | |

Robert B. Van Arsdale, Esq., AUST, VSB 17483
Shannon Franklin Pecoraro, Esq., VSB 46864
Office of the U.S. Trustee
701 East Broad Street
Suite 4304
Richmond, VA 23219
(804) 771-2310

W. CLARKSON MCDOW, JR.
UNITED STATES TRUSTEE FOR
REGION FOUR

Date: April 20, 2011                    By:  /s/ Robert B. Van Arsdale
                                             Robert B. Van Arsdale
                                             Assistant U.S. Trustee

CERTIFICATE

    I hereby certify that a true copy of the foregoing Appointment of Unsecured Creditors Committee was served via electronic delivery, fax or first class mail, postage prepaid, this 20th day of April 2011 to members of the committee as listed above, and counsel for the debtor.

                              /s/ Robert B. Van Arsdale
                                Robert B. Van Arsdale
                                Assistant U.S. Trustee